IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HAMBRICK RD PARTNERS LLC
600 Hambrick Road, Stone Mountain,
GA 30083 doing business as
Clifton Glen Apartments,

    Plaintiff,

      v.

DELECIA SLATON
AND ALL OTHERS,

    Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-1403-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court.  It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 16 day of June, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Hambrick RD Partners LLC\r&r.wpd